# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MALCOLM STEWART

VERSUS

LAKESHIA STEWART

NO. 2023 CW 1119

**NOVEMBER 8, 2023**

---

In Re:    LaKeshia Stewart, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 172190.

---

**BEFORE:    GUIDRY, CHUTZ, AND LANIER, JJ.**

**STAY DENIED; WRIT GRANTED.** The trial court's October 25, 2023 order, granting the oral motion to modify physical custody urged on behalf of the plaintiff, Malcolm Stewart, and modifying the Interim Stipulated Judgment, is reversed. Mr. Stewart, as the parent seeking modification of a consensual custody decree, failed to meet his burden of establishing the occurrence of a change in circumstances materially affecting the welfare of his child and that his proposed modification of the existing custody arrangement would be in the best interest of his child. See **Cedotal v. Cedotal**, 2005-1524 (La. App. 1st Cir. 11/4/05), 927 So.2d 433, 436. The trial court's failure to determine whether a change in circumstances materially affecting this child had occurred constitutes legal error. **Id.** Accordingly, Mr. Stewart's oral motion to modify physical custody is denied.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

a.s.O

DEPUTY CLERK OF COURT
    FOR THE COURT